```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESENIA DIAZ, et al.,

                        Plaintiffs,

-against-

MERRICK B. GARLAND, et al.,

                        Defendants.

24-cv-05553 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

      Plaintiffs filed the complaint in the above-captioned action on July 29, 2024. Dkt. No. 1. On August 1, 2024, the Court scheduled an Initial Pretrial Conference for December 17, 2024. Dkt. No. 2. In the three and a half months since Plaintiffs initiated this case, no summons have been requested or issued, and Defendants have not been served.

      Accordingly, it is hereby ORDERED that Plaintiffs must properly request issuance of a summons no later than **December 16, 2024** and must serve Defendants, in accordance with Rule 4(i) of the Federal Rules of Civil Procedure, no later than **January 31, 2025**. Failure to comply with this Order will result in dismissal of this case with prejudice for failure to prosecute with no further notice to any party. It is further ORDERED that the December 17, 2024 initial pretrial conference is ADJOURNED *sine die*.

      **Counsel who have entered a notice of appearance as of the issuance of this Order are directed (1) to notify counsel for all other parties in this action who have not yet appeared by serving upon each of them a copy of this Order, the Court's Individual Rules forthwith, and the Court's August 1, 2024 Order (Dkt. No. 2), and (2) to file proof of such notice with the Court**. If unaware of the identity of counsel for any of the parties, counsel receiving this Order must forthwith send a copy of this Order, the Individual Rules, and the August 2, 2024 Order to that party personally.

Dated: December 11, 2024
       New York, New York

                                            SO ORDERED.

                                            MARGARET M. GARNETT
                                            United States District Judge